> **Sealed**
> Public and unofficial staff access to this instrument are prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 1 2020

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-20-035 |
| MATTHEW KEETH STATON | § | |

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

On or about August 01, 2019, in the Southern District of Texas, and within the jurisdiction of the court, the defendant,

**MATTHEW KEETH STATON,**

knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Lloyd's Custom Services, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, did execute a Department of the Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, indicating that he was the actual buyer of the firearm, this in connection with the purchase of a Palmetto State Armory, Model Build the Wall, caliber multi receiver, serial number DJT001946, whereas in truth and in fact, he was not the actual buyer of the firearms.

In violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2.

## COUNT TWO

On or about August 01, 2019, in the Southern District of Texas, and within the jurisdiction of the court, the defendant,

**MATTHEW KEETH STATON**,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, namely five (5) Palmetto State Armory, Model Build the Wall, .308 caliber rifles.

In violation of Title 18, United States Code, Section 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## NOTICE OF FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant, that upon conviction of a violation of an offense charged in this indictment, all firearms and ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

- a Palmetto State Armory, Model Build the Wall, caliber multi receiver, serial number DJT001946; and

- Five (5) Palmetto State Armory, Model Build the Wall, .308 caliber rifles.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
BRIAN McDONALD
Assistant United States Attorney